CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 22 2010

JULIA C. , CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| RONALD D. SEVER, | ) |
| Plaintiff, | ) Case No. 7:10CV00406 |
| v. | ) |
| | ) **FINAL ORDER** |
| CEO OF PRISONER TRANSPORT SERVICES, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, AND JOHN DOE 4, | ) By: Glen E. Conrad<br>) Chief United States District Judge |
| Defendants. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(b), and this action is stricken from the active docket of the court.

ENTER: This 22d day of November, 2010.

/s/ Glen E. Conrad
Chief United States District Judge